Points Decided.

(January 17, 1920.)

W. D. DEEBLE, Plaintiff, v. H. F. ENSIGN, Judge of the
District Court of the Fourth Judicial District, Defendant.

[186 Pac. 912.]

Original application for writ of review.    Writ granted and
proceedings in district court annulled.

Joseph G. Hedrick, for Plaintiff.

John M. Boyle and Sullivan, Sullivan & Van Winkle, for
Defendant.

MORGAN, C. J.—This case presents the question discussed
in *Albrethson v. Ensign, ante,* p. 687, 186 Pac. 911, and was
argued and submitted with it.    Upon authority of that case
the proceedings in the district court in this one are annulled.

Rice, J., concurs.

Budge, J., sat with the court but did not take part in the
decision.